UNITED STATE DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

CASE NO. 25-14030-CR-CANNON

UNITED STATES OF AMERICA,

      Plaintiff,

v.

MARTHA LAMY,

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Report and Recommendation issued by Magistrate Judge Shaniek Mills Maynard following Change of Plea Hearing [ECF No. 91]. On November 17, 2025, Magistrate Judge Maynard held a Change of Plea hearing [ECF No. 76] during which Defendant pled guilty to Counts 1 and 6 of the Indictment [ECF No. 3] pursuant to a stipulated factual proffer and written plea agreement [ECF Nos. 77–78]. Magistrate Judge Maynard thereafter issued a Report recommending that the Court accept Defendant's guilty plea to Counts 1 and 6, that the Court find Defendant to have freely and voluntarily entered her guilty plea, and that the Court adjudicate her guilty of the offenses [ECF No. 3]. No objections to the Report have been filed, and the time to do so has expired.

The Court has conducted a review of the record and finds no error in the Report. Therefore, it is **ORDERED AND ADJUDGED** as follows:

1. The Report and Recommendation [ECF No. 91] is **ACCEPTED**.

2. The guilty plea entered by Defendant **Martha Lamy** as to Counts 1 and 6 of the Indictment is **ACCEPTED**.

CASE NO. 25-14030-CR-CANNON

3. Defendant **Martha Lamy** is adjudicated guilty of Counts 1 and 6 of the Indictment [ECF No. 3].  Count 1 charges Defendant with Conspiracy to Purchase by Means of False Statement, in violation of 18 U.S.C. § 371.  Count 6 charges Defendant with Purchase of Firearms by Means of False Statement, in violation of 18 U.S.C. §§ 922(a)(6) and 2.

**ORDERED** in Chambers at Fort Pierce, Florida, this 4th day of December 2025.

**AILEEN M. CANNON**
**UNITED STATES DISTRICT JUDGE**

cc:      counsel of record